## 3621.   STEWART *v.* THE STATE.

RUSSELL, J.  It appearing, without contradiction, from the evidence of the prosecutor that his money was taken with his knowledge, the conviction of the plaintiff in error of the offense of larceny from the person is not sustained, and a new trial should have been granted.  *Moye v. State,* 65 *Ga.* 754; *Jackson* v. *State,* 116 *Ga.* 578 (42 S. E. 750); *Williams* v. *State,* 70 S. E. 890 (9 *Ga. App.* 170).

*Judgment reversed.  Pottle, J., not presiding.*
DECIDED JANUARY 30, 1912.

Indictment for larceny; from Fulton superior court—Judge Roan.  June 10, 1911.

*R. J. Jordan,* for plaintiff in error.
*Hugh M. Dorsey, solicitor-general,* contra.